**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER REQUIRING PAYMENT OF** |
| | ) | **AVAILABLE PRIVATE FUNDS** |
| vs. | ) | |
| | ) | |
| Bernadette Wagner, | ) | Case No. 1:07-cr-031 |
| | ) | |
| Defendant. | ) | |

Counsel was appointed because the Defendant had limited funds at the time of her initial appearance. The court finds that funds are available from the Defendant for partial payment of compensation and expenses of court-appointed and/or for other services necessary for adequate representation, and that the Defendant is financially able to make partial payment for representation and/or other services necessary for adequate representation.

It is therefore authorized and directed that funds be paid by the Defendant to the Clerk, U.S. District Court, P.O. Box 1193, Bismarck, ND 58502. A payment of $100.00 is due on or before June 1, 2007. Thereafter, the Defendant is to make $100.00 monthly payments by the 1st day of every month until the case has been concluded.

In the event the total amount approved by the court for compensation to court-appointed counsel is less than the total amount approved for compensation, the difference between the amount approved for compensation and the total amount paid by the Defendant shall be returned to the Defendant at the conclusion of this case.

**IT IS SO ORDERED.**

Dated this 8th day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge